LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°△
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†△
JAN P. GISHOLT†
SUSAN LEE*
EDWARD J. CARLSON

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

June 15, 2009

Our Ref: 654-08/WJP/DJF



[Handwritten order: "The motion for reconsideration by plaintiff is denied. Discovery cannot affect the factual and legal arrangements that control this case. 6-24-09" — signed Alvin K. Hellerstein]

**BY HAND**
The Honorable Alvin K. Hellerstein
United States District Judge
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 14D
New York, NY 10007-1312

RE: Dumitru Ungureanu v. M/V COURAGE, et al.
08 Civ. 8581 (AKH)

Dear Judge Hellerstein:

    Please find enclosed herein a courtesy copy of Defendant WWL's Memorandum of Law in Opposition to Plaintiff's Motion for Reconsideration. Please note that due to a clerical mistake by our office, we erroneously filed Defendant's original Memorandum of Law in Support of Summary Judgment electronically on Friday afternoon, June 12, 2009. We have electronically filed the correct Memorandum of Law today, June 15, 2009. To the extent that plaintiff's attorney may require an additional day to file his reply papers, we would obviously consent to same. We apologize both to the court and to plaintiff's counsel for any confusion.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

William J. Pallas

WJP/grh
Enclosure

NYDOCS1/332148.1

Cc: Hill Rivkins & Hayden, LLP
Attention: John J. Sullivan, Esq.
45 Broadway, Suite 1500
New York, New York 10006
w/enclosure

NYDOCS1/332148.1                    FREEHILL HOGAN & MAHAR LLP